# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DANIEL ALEJANDRO RUIZ LINARES,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT LADWIG, New Orleans Field Office Director of Immigration and Customs Enforcement; U.S. Department of Homeland Security, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 2:26-cv-02192-SHL-cgc<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER REQUIRING SERVICE AND STAYING TRANSFER

On February 24, 2026, Petitioner Daniel Alejandro Ruiz Linares filed the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, challenging his continued detention in the West Tennessee Detention Facility as an "arriving alien" without a bond hearing. (ECF No. 1-3 at PageID 11.) Ruiz Linares seeks immediate release from custody. (Id. at PageID 17.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)    Ruiz Linares shall, within **five days** of this Order, **serve one copy each of the Petition (ECF Nos. 1, 1-1, 1-2, 1-3) and this Order (ECF No. 6)** on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Additionally, Ruiz Linares shall serve the documents listed above on the United States Attorney

for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**. Failure to fully comply with these service requirements may justify dismissal of the Petition. See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."

(2) Within **five days** after Ruiz Linares fully complies with the above service requirements, Respondents shall respond to the petition for writ of habeas corpus in writing.

(3) Ruiz Linares may file a reply within **two days** after Respondents' responsive filing.

(4) Respondents shall not transfer Ruiz Linares out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 25th day of February, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE