**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DANIEL ALEJANDRO RUIZ LINARES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | |
| SCOTT LADWIG, Acting Director of New Orleans Field Office of ICE; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) ) ) ) | No. 2:26-cv-02192-SHL-cgc |
| Respondents. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner Daniel Alejandro Ruiz Linares's Petition (ECF No. 1), filed February 24, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 12), filed March 4, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 2, 2026
Date